UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAIM SARWAR,                                          21-cv-0043 (JGK)

                  Plaintiff,            ORDER

    - against -

WABNO HOTELS, INC.,

                  Defendants.

---

JOHN G. KOELTL, District Judge:

    A conference is scheduled for May 17, 2021 at 2:30pm. The parties should file a Rule 26(f) by that date.

SO ORDERED.

Dated:    New York, New York
         April 19, 2021

                                          John G. Koeltl
                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-19-21