UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAIM SARWAR,  21-cv-0043 (JGK)

        Plaintiff,  ORDER

- against -

WABNO HOTELS, INC.,

        Defendants.

JOHN G. KOELTL, District Judge:

As discussed during the teleconference held on May 17, 2021, the plaintiff shall file an order to show cause for a default judgment by June 4, 2021.

SO ORDERED.

Dated:    New York, New York
           May 17, 2021

                                      John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-17-2021