UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAIM SARWAR,                             21-cv-0043 (JGK)

            Plaintiff,         ORDER

- against -

WABNO HOTELS, INC.,

            Defendants.

JOHN G. KOELTL, District Judge:

A teleconference is scheduled for Thursday, July 8, 2021 at 3:30pm. Dial-in: 888 363-4749, with access code 8140049

SO ORDERED.

Dated:    New York, New York
          July 6, 2021

                                          John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/06/2021